UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 20-2709-KS                                             Date: July 11, 2022

Title   _Rebecca Nation v. BMW of North America, LLC_

Present: The Honorable:   KAREN L. STEVENSON, United States Magistrate Judge

|                Gay Roberson                 |             N/A             |
| :-----------------------------------------: | :-------------------------: |
|                Deputy Clerk                 |   Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| :------------------------------: | :------------------------------: |
|               N/A                |               N/A                |

**Proceedings:** **(IN CHAMBERS) ORDER VACATING FURTHER CASE MANAGEMENT AND SCHEDULING CONFERENCE [DKT. NO. 84] AND ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE SANCTIONED FOR FAILURE TO COMPLY WITH THE COURT'S MAY 10, 2022 ORDER**

The parties are notified, that on the Court's own motion, the hearing scheduled for **Tuesday, July 12, 2022, at 1:30 p.m. is vacated (dkt. no. 84)**. On May 10, 2022, the Court granted Plaintiff's Counsel's Motion to Withdraw as Counsel of Record and allowed Plaintiff forty-five days to obtain new counsel (the "May 10 Order"). (Dkt. No. 84.) Further, the Court directed Plaintiff to file a Notice of Appearance by her new counsel on or before June 27, 2022 and scheduled a further Case Management and Scheduling Conference for July 12, 2022 where Plaintiff was required to appear in person. (_Id._) The docket indicates that a Proof of Service for the May 10 Order was served on Plaintiff by her former counsel by certified mail, return receipt requested, and by electronic mail on May 11, 2022. (Dkt. No. 86.)

Following the May 10 Order, Plaintiff has had no communication with the Court until today. Plaintiff has NOT filed a Notice of Appearance of new counsel and the Court received an email notification today that Plaintiff will NOT appear in person, as required, at the Case Management and Scheduling Conference scheduled for July 12, 2022 because Plaintiff is currently "out of the country" until the end of July.

/ /
/ /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-2709-KS                                                                     Date: July 11, 2022

Title        *Rebecca Nation v. BMW of North America, LLC*

Accordingly, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than Tuesday, August 2, 2022, why Plaintiff should not be sanctioned for failing to comply with the Court's orders**.  To discharge this Order to Show Cause, on or before August 2, 2022, Plaintiff must file and serve a Notice of Appearance for new counsel and provide a signed declaration of no more than three (3) pages, signed under penalty of perjury, explaining why she should not be sanctioned for failing to appear at the scheduled Case Management and Scheduling Conference.

Alternatively, if Plaintiff no longer wishes to pursue this action, she may voluntarily dismiss it by filing a signed document entitled "Notice of Voluntary Dismissal" in accordance with Federal Rule of Civil Procedure 41(a)(1).

**Plaintiff is warned that failure to comply with this Order will result in sanctions and may result in dismissal of this action for failure to prosecute.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |